DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNIE MANTZ** a/k/a **ANNABEL NABAN MANTZ,**
Appellant,

v.

**LAUREL PARK HOLDINGS, LLC,**
Appellee.

No. 4D21-3598

[March 30, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Debra Moses Stephens, Judge; L.T. Case No. 502021CC008564XXXXMB.

Annie Mantz, North Palm Beach, pro se.

Christopher S. Rapp of Rosenbaum PLLC. West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.  See* Fla. R. App. P. 9.315(a).

WARNER, GROSS and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***